IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McGee, Anthony Lavell | Case Number: 06 B 10463 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 8/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 28, 2009
Confirmed: October 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,252.31 |  |
| Secured: |  | 15,129.34 |
| Unsecured: |  | 3,677.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,129.87 |
| Trustee Fee: |  | 1,269.39 |
| Other Funds: |  | 45.85 |
| Totals: | 23,252.31 | 23,252.31 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 74.29 | 74.29 |
| 2. | Ledford & Wu | Administrative | 28.29 | 28.29 |
| 3. | Ledford & Wu | Administrative | 28.29 | 28.29 |
| 4. | Ledford & Wu | Administrative | 2,999.00 | 2,999.00 |
| 5. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 7. | Americredit Financial Ser Inc | Secured | 13,128.32 | 13,128.32 |
| 8. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 9. | First Horizon Home Loans Corp | Secured | 14,662.56 | 2,001.02 |
| 10. | T Mobile USA | Unsecured | 182.98 | 182.98 |
| 11. | RoundUp Funding LLC | Unsecured | 141.46 | 141.46 |
| 12. | Resurgent Capital Services | Unsecured | 87.85 | 87.85 |
| 13. | Portfolio Recovery Associates | Unsecured | 1,003.09 | 1,003.09 |
| 14. | Nicor Gas | Unsecured | 715.38 | 715.38 |
| 15. | World Financial Network Nat'l | Unsecured | 745.04 | 745.04 |
| 16. | RoundUp Funding LLC | Unsecured | 730.22 | 730.22 |
| 17. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 18. | Creditors Alliance Inc | Unsecured | 74.06 | 71.84 |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
| 21. | Encore | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,600.83 | $ 21,937.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McGee, Anthony Lavell | Case Number: 06 B 10463 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 8/24/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 222.94 |
| 5.4% | 788.30 |
| 6.5% | 226.50 |
| 6.6% | 31.65 |
| | $ 1,269.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

